### No. 22,834.
### First Circuit Appeal.

## WOODWARD WIGHT & COMPANY, LTD., v. JOHN F. SAVANT ET AL.

(December 30, 1924, Opinion and Decree.)

---

*(Syllabus by the Editor.)*

1. **Louisiana Digest, Appeal—Par. 598.**
Where a default is taken and confirmed, the judge is presumed to have acted on sufficient evidence.

Appeal from the 16th Judicial District, Parish of St. Landry, Hon. B. H. Pavy, Judge.

This is a suit on an open account. There was judgment by default against defendant, Savant, who filed a motion for a new trial on the ground that there was no evidence of a partnership between Mr. Perkins, a co-defendant, and himself. The new trial was denied and Mr. Savant appealed.

Judgment affirmed.

Henry Cooper and Judge W. W. Westerfield, of New Orleans, and Harris Gagne, of Opelousas, attorneys for plaintiff, appellee.

R. Lee Garland, of Opelousas, La., attorney for defendant, appellee.

ELLIOTT, J. Woodward Wight & Company, Ltd., brought suit on an open account against Savant & Perkins, alleged to have been a commercial firm, composed of John P. Savant and J. Austin Perkins, which partnership had been dissolved at the time

of the suit. Judgment was prayed for against each of them in solido and both were duly cited.

Mr. Perkins filed a motion asking for further information, and a default was entered and confirmed against Mr. Savant.

Savant filed a motion for new trial, which was overruled.

John P. Savant has appealed from the judgment confirming the default against him; Perkins is not a party to the appeal.

Savant filed a motion for new trial on the ground that there was no evidence showing that Savant & Perkins was a commercial partnership or had been dissolved, etc.

There is no evidence in the record.

The plaintiff alleges that an itemized and sworn account is annexed to its petition and we find thereto a statement of account sworn to, and the judge of the lower court is presumed to have acted on proper and sufficient evidence. Succession of Moore, 42 La. Ann. 332, 7 South. 561, and others.

The judgment appealed from is found to be correct under the record.

It is, therefore, ordered, adjudged and decreed that the judgment appealed from be, and the same is hereby affirmed, the defendant and appellant to pay the cost of both courts.